UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JAMES E. WILLIAMS, et al., )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>JOHN WITSELL, )<br>    Defendant. ) | No. 3:09-CV-524<br>(Phillips) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss filed by defendant John Witsell. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs James E. Williams, James E. Williams, next friend of TW, and Randy Schonagen, take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant John Witsell recover of the plaintiffs his costs of action.

Dated at Knoxville, Tennessee, this _____ day of April, 2011.

                                                      s/ Patricia L. McNutt
                                                          Clerk of Court